FILED

SEP - 8 2005

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 2:05CR213-F |
| v. | ) | [18 USC 2422(b)] |
| | ) | |
| JERRY WAYNE CULVER | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

From May 2005, through June 2005, the exact dates being unknown to the Grand Jury, in Montgomery, Alabama, within the Middle District of Alabama, the defendant

**JERRY WAYNE CULVER,**

did, using the mail or any facility or means of interstate or foreign commerce, knowingly persuade, induce, entice, and coerce any individual who has not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, and attempt to do so, in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
United States Attorney

_____
Susan R. Redmond
Assistant United States Attorney