AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

JERRY WAYNE CULVER
3425 Texas Street
Montgomery, AL

**WARRANT FOR ARREST**

Case Number: 2:05cr213-F

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JERRY WAYNE CULVER__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

Knowingly persuade, induce, entice and coerce individual under the age of 18 years to engage in any sexual activity (1 count)

in violation of Title __18__ United States Code, Section(s) __2422(b)__

__DEBRA P. HACKETT__
Name of Issuing Officer

__CLERK__
Title of Issuing Officer

Signature of Issuing Officer

September 12, 2005 - Montgomery, AL
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |