IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | * | | |
| | * | | |
| VS. | * | 2:05cr213-F | |
| | * | | |
| JERRY WAYNE CULVER | * | | |

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
|---|---|

1. Jeffery Arney