# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:05-cr-213-LSC |
| | ) | |
| JERRY WAYNE CULVER | ) | |

## UNOPPOSED MOTION FOR MENTAL HEALTH EVALUATION

**COMES NOW** the defendant **JERRY WAYNE CULVER**, by undersigned counsel, pursuant to the 18 U.S.C. §§ 4241(a),(b) and 18 U.S.C. § 4247(b), and respectfully requests that an inpatient psychiatric examination be made of Mr. Culver to determine his mental status, to determine his competence to proceed in this matter, to assess whether he is presently suffering from a mental disease or defect, to assess whether such mental disease or defect contributed to his diminished capacity at the time of this offense, and, if so, to assess whether he is in need of care or treatment in a suitable facility.

In support of this motion, the defendant would show:

1. Mr. Culver has been a diagnosed paranoid schizophrenic for more than twenty years.

2. In November Dr. Guy Renfro, who was retained at the expense of the Federal Defenders office, evaluated Mr. Culver. Dr. Renfro encountered considerable difficulty in timely obtaining mental health records on Mr. Culver; there were substantial records located at at least four mental health treatment facilities scattered around Central Alabama and these facilities were somewhat slow in copying and forwarding the records. Although Dr. Renfro has not yet forwarded a completed report to undersigned counsel, undersigned counsel has discussed his evaluation of Mr. Culver with Dr. Renfro.

3.	Mr. Culver has recently expressed to undersigned counsel increased feelings of stress and anxiety, to include self-injurious thoughts and hearing voices, as well as his belief that his current prescribed psychiatric medication is not working.  Mr. Culver has also expressed a desire to see a mental health provider to address these issues.

4.	The United States, through Assistant United States Attorney Susan Redmond, does not oppose this request.

**WHEREFORE**, defendant requests that this Motion be granted.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:05-cr-213-LSC |
| | ) | |
| JERRY WAYNE CULVER | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan R. Redmond Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

        Respectfully submitted,

        s/ Donnie W. Bethel
        DONNIE W. BETHEL
        Assistant Federal Defender
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail:don_bethel@fd.org
        IN Bar Code: 14773-49