IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:05cr213-LSC |
| | ) | WO |
| JERRY WAYNE CULVER | ) | |

## **ORDER**

For good cause, it is

ORDERED that the pretrial conference previously scheduled for March 27, 2006 is hereby rescheduled to May 15, 2006 at 3:00 p.m. in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this 7th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE