# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO. 2:05-cr-213-MEF |
| JERRY WAYNE CULVER ) | |

## RESPONSE TO SHOW CAUSE ORDER

**COMES NOW** the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and files its response to the Court's Show Cause Order of May 8, 2006, as follows:

1. The government has no objection(s) to the Court's proposed findings of fact and subsequent actions and Orders.

Respectfully submitted, this the 10th day of May, 2006.

                                        LEURA GARRETT CANARY
                                        UNITED STATES ATTORNEY

                                        /s/ Susan Redmond
                                        SUSAN REDMOND
                                        Assistant United States Attorney
                                        Post Office Box 197
                                        Montgomery, Alabama 36101-0197
                                        (334) 223-7280
                                        (334) 223-7135 fax
                                        susan.redmond@usdoj.gov

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | CR. NO. 2:05-cr-213-MEF |
| JERRY WAYNE CULVER | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Donnie Wayne Bethel.

    Respectfully submitted,

    LEURA GARRETT CANARY
    UNITED STATES ATTORNEY

    /s/ Susan Redmond
    SUSAN REDMOND
    Assistant United States Attorney
    Post Office Box 197
    Montgomery, Alabama 36101-0197
    (334) 223-7280
    (334) 223-7135 fax
    susan.redmond@usdoj.gov