# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No.: 2:05-cr-213-LSC |
| | ) |
| JERRY WAYNE CULVER | ) |

## RESPONSE TO SHOW CAUSE ORDER

**NOW COMES** the Defendant, Jerry Wayne Culver, by undersigned counsel, and files its response to the Court's Show Cause Order of May 8, 2006, as follows:

1. The Defendant has no objection(s) to the Court's proposed findings of fact and subsequent actions and Orders.

Respectfully submitted, this the 15th day of May, 2006.

                                   s/ Donnie W. Bethel
                                   DONNIE W. BETHEL
                                   Assistant Federal Defender
                                   201 Monroe Street, Suite 407
                                   Montgomery, Alabama 36104
                                   Phone: (334) 834-2099
                                   Fax: (334) 834-0353
                                   E-mail: don_bethel@fd.org
                                   IN Bar Code: 14773-49

# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:05-cr-213-LSC |
| | ) | |
| JERRY WAYNE CULVER | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan R. Redmond Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49