IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-213-MEF |
| | ) | |
| JERRY WAYNE CULVER | ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on May 16, 2006 (Doc. #33), said Recommendation is hereby ADOPTED and it is the ORDER, JUDGMENT and DECREE of the court that the evaluation of defendant provided by Dr. Christine Scronce is adopted by the court and that the defendant is committed for further treatment and evaluation pursuant to 18 U.S.C. § 4241(d).

DONE this 16th day of June, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE