| COURTS EXHIBITS | UNITED STATES OF AMERICA |
|---|---|
| **COURTS EXHIBITS** | **UNITED STATES OF AMERICA**<br>**vs** |
| **CR NO. 2:05CR213-MEF** | **JERRY WAYNE CULVER** |
| **Competency Hearing 5/11/07** | **PRESIDING JUDGE: MARK E. FULLER** |
| **exhibits maintained w/ file in separate binder** | **Court Reporter: MITCHELL REISNER** |

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
|---|---|---|---|---|---|---|
| YES | 5/11/07 | 5/11/07 | 1 | | | Forensic Report of 4/19/06 |
| YES | 5/11/07 | 5/11/07 | 2 | | | Letter to Judge Fuller dated 4/4/07 from A.F. Beeler, Warden with Federal Bureau of Prisons Correctional Complex |
| YES | 5/11/07 | 5/11/07 | 3 | | | Letter to Judge Fuller dated 12/12/06 from A.F. Beeler, Warden with Federal Bureau of Prisons Correctional Complex |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | Exhibit #1 will be maintained under seal |
| | | | | | | |



RECEIVED

2007 APR 23  A 10: 20

~~DEBRA P. HACKETT, C~~
~~U.S. DISTRICT COURT~~
MIDDLE DISTRICT ALA

**U. S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Complex*

*Federal Medical Center*
*P. O. Box 1600*
*Butner, NC 27509*
*(919) 575-3900*

April 4, 2007

The Honorable Mark Fuller
United States District Court
Middle District of Alabama
Post Office Box 711
Montgomery, Alabama 36101-0711

RE:  CULVER, Jerry Wayne
     Register Number:  11785-002
     Docket Number:    2:05-cr-213-MEF

Dear Judge Fuller:

In accordance with your Court Orders of June 16, 2006 and February 14, 2007, further psychiatric evaluation of Mr. Culver has been completed.

It is our opinion that Mr. Culver is not suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to the property of another.  I have enclosed the report prepared by our staff reflecting these opinions.

If you require additional information or clarification of issues presented in the attached report, our clinicians are available by phone or video conferencing.  Unfortunately our budget does not include funding for travel, therefore, if a clinician's presence in court is required, we will have to request reimbursement of expenses.

The United States Marshals Service have been notified for Mr. Culver's return to your District Court for further legal proceedings.

If we can be of further assistance to the Court in this or other matters, please do not hesitate to contact me.

Sincerely,

A.F. Beeler, Complex Warden

cc:  Susan Redmond, Assistant United States Attorney
     Donnie Bethel, Attorney





**U. S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Complex*

*Federal Medical Center*
*P. O. Box 1600*
*Butner, NC 27509*
*(919) 575-3900*

December 12, 2006

The Honorable Mark Fuller
United States District Court
Middle District of Alabama
C/O Debra P. Hackett
Clerk of Court
Post Office Box 711
Montgomery, Alabama 36101-0711

RE:   CULVER, Jerry Wayne
      Register Number:    11785-002
      Docket Number:      2:05-cr-213-MEF

Dear Judge Fuller:

In accordance with your Court Orders of June 16, 2006 and
August 2, 2006, a psychiatric evaluation of Mr. Culver has been
completed.

It is our opinion that Mr. Culver is suffering from a mental
disease or defect rendering him mentally incompetent to the
extent that he is unable to understand the nature and
consequences of the proceedings filed against him or assist
properly in his own defense, nor is there a substantial
probability that his competency will be restored in the
foreseeable future.  I have enclosed the report prepared by our
staff reflecting these opinions.  If the Court agrees with our
opinion, Mr. Culver is subject to Title 18, U.S.C., Section 4246
and should be returned to the custody of the Attorney General for
designation to a Medical Referral Center to undergo a risk
assessment pursuant to the above statute.

If you require additional information or clarification of issues
presented in the attached report, our clinicians are available by
phone or video conferencing.  Unfortunately, our budget does not
include funding for travel, therefore, if a clinician's presence
in Court is required, we will have to request reimbursement of
expenses.



Courts
Exhibit
3

Culver, Jerry Wayne
Register No: 11785-002
Page 2

Mr. Culver left our facility on November 27, 2006, via the United
States Marshals Service, for return to your District Court for
further legal proceedings.

If we can be of further assistance to the Court in this or other
matters, please do not hesitate to contact me.

Respectfully,

A.F. Beeler, Warden
FCC, Butner

cc:  Susan Redmond, Assistant United States Attorney
     Donnie Bethel, Attorney